# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

### CASE NO.: 1:25-cv-01781

JENNIFER RONDINELLI REILLY,

        Plaintiff,

v.

WAUKESHA COUNTY,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JENNIFER RONDINELLI REILLY by and through her undersigned counsel, brings this Complaint against Defendant WAUKESHA COUNTY for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff JENNIFER RONDINELLI REILLY ("Reilly") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Reilly's original copyrighted Work of authorship.

2. Reilly is a Milwaukee based professional freelance fine art photographer specializing in landscapes and outdoor photography.

3. Defendant WAUKESHA COUNTY ("Waukesha") is a county located east of Milwaukee, Wisconsin. At all times relevant herein, Waukesha owned and operated the internet website located at the URL www.waukeshacounty.gov (the "Website").

4. Reilly alleges that Waukesha copied Reilly's copyrighted Work from the internet in order to advertise, market and promote its business activities. Waukesha committed the

violations alleged in connection with its business for purposes of advertising and promoting Waukesha and its services to the public.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Waukesha is subject to personal jurisdiction in Wisconsin.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Waukesha engaged in infringement in this district, Waukesha resides in this district, and Waukesha is subject to personal jurisdiction in this district.

## DEFENDANT

9. Waukesha County is an incorporated county, with its principal place of business at 515 W. Moreland Blvd, Waukesha, WI 53188, and can be served by serving its Corporation Counsel, Erik G. Weidig, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2014, Reilly created the photograph which is shown below and referred to herein as the "Work."



11. Reilly registered the Work with the Register of Copyrights on December 31, 2014, and was assigned registration number VA 1-983-135. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Reilly was the owner of the copyrighted Work.

## INFRINGEMENT BY WAUKESHA

13. Waukesha has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Waukesha copied the Work.

15. On or about March 1, 2024, Reilly discovered the unauthorized use of her Work on the Website.

16. Waukesha copied Reilly's copyrighted Work without Reilly's permission.

17. After Waukesha copied the Work, it made further copies and distributed the Work on the internet to promote the of their 2024 Annual Membership for entrance to Waukesha County Parks.

3
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS
Case 2:25-cv-01781-NJ    Filed 11/13/25    Page 3 of 6    Document 1

18. Waukesha copied and distributed Reilly's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Waukesha committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Reilly never gave Waukesha permission or authority to copy, distribute or display the Work for any purpose.

21. Reilly notified Waukesha of the allegations set forth herein on June 20, 2025 and July 07, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Reilly incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Reilly owns a valid copyright in the Work.

24. Reilly registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Waukesha copied, displayed, and distributed the Work and made derivatives of the Work without Reilly's authorization in violation of 17 U.S.C. § 501.

26. Waukesha performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Reilly has been damaged.

29. The harm caused to Reilly has been irreparable.

WHEREFORE, the Plaintiff JENNIFER RONDINELLI REILLY prays for judgment against the Defendant WAUKESHA COUNTY that:

    a.    Waukesha and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Waukesha be required to pay Reilly her actual damages and Defendant's profits attributable to the infringement, or, at Reilly's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Reilly be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Reilly be awarded pre- and post-judgment interest; and

    e.    Reilly be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Reilly hereby demands a trial by jury of all issues so triable.

Dated: November 13, 2025                    Respectfully submitted,

                                         */s/ J. Campbell Miller*
                                         J. CAMPBELL MILLER
                                         Indiana Bar Number: 38279-49
                                         campbell.miller@sriplaw.com

                                         **SRIPLAW, P. A.**
                                         742 South Rangeline Road
                                         Carmel, Indiana 46032
                                         332.600.5599 – Telephone
                                         561.404.4353 – Facsimile

                                         and

                                         EVAN A. ANDERSEN

evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Jennifer Rondinelli Reilly*